1

2

3

4

5

6                           UNITED STATES DISTRICT COURT

7                                  DISTRICT OF NEVADA

8                                          * * *

9    SERGIO PRADO,                              Case No. 3:18-cv-00216-RCJ-CBC

10                              Plaintiff,              ORDER

11          v.

12   C. ROWLEY, *et al.*,

13                             Defendants.

14

15   **I.      DISCUSSION**

16          Plaintiff, a pro se prisoner, previously filed an application to proceed *in forma*

17   *pauperis* and submitted a civil rights complaint pursuant to 42 U.S.C. § 1983.  (ECF No.

18   4, 7.)  The Court screened the complaint, dismissed the entire complaint, and gave

19   Plaintiff leave to amend some of the claims. (ECF No. 6 at 12).  The Court informed

20   Plaintiff that, if he did not file an amended complaint within 30 days, the Court would

21   dismiss the entire action with prejudice for failure to state a claim.   (*Id.* at 13).

22          Plaintiff now files a motion for voluntary dismissal.  (ECF No. 8.)  Pursuant to

23   Federal Rule of Civil Procedure 41(a)(1), a plaintiff may dismiss an action without a court

24   order by filing "a notice of dismissal before the opposing party serves either an answer or

25   a motion for summary judgment."  Fed. R. Civ. P. 41(a)(1)(A)(i).  The Court grants

26   Plaintiff's motion to voluntarily dismiss this action because no responsive pleading has

27   been filed in this case.  Therefore, the Court dismisses this action with prejudice.

28

                                              1

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for voluntary dismissal (ECF No. 8) is granted.

IT IS FURTHER ORDERED that this action is dismissed in its entirety with prejudice.

IT IS FURTHER ORDERED that the application to proceed *in forma pauperis* (ECF No. 4) is denied as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED THIS 21st day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE

2